No. 64246.—Price Bros. Co. *v.* United States, protests 79932–K and 84168–K (Boston).

Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiff was sustained.

MAY 20, 1960

No. 64247.—Chester K. Stoner *v.* United States, protest 308935–K.—

Plaintiff's application for rehearing granted.

MAY 24, 1960

No. 64248.—Hensel, Bruckmann & Lorbacher, Inc., and B. Altman & Co. *v.* United States, protests 59/12257(B), etc.—

Plaintiffs' application for rehearing granted.

MAY 23, 1960

No. 64249.—SUIT 4970.—Ciba Pharmaceutical Products, Inc. *v.* United States.—

—C.D. 1999. (Appeal dismissed April 7, 1960.)